A CERTIFIED TRUE COPY

SEP - 9 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 SEP 22  PM 3: 44

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 4 2005

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-22)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

05-1168

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

OCT 13 2005

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.

Fee _____
Process _____
X  Dktd _____
CtRmDep _____ 1020
Doc. No _____

⑨

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

LORRETTA G. WHYTE
CLERK

November 14, 2005

500 POYDRAS ST., SUITE C-151
NEW ORLEANS, LA 70130

Robert Di Trolio, Clerk
United States District Court
Western District of Tennessee
111 S. Highland
Jackson, TN 38301

In Re: MDL 1657 Vioxx Products Liability Litigation L (3)

Dear Mr. Di Trolio:

      Enclosed are certified copies of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the cases listed on the attached page be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. Our office has assigned new civil action numbers to these cases as referenced on the attached page.

      **DO NOT FORWARD THE ORIGINAL RECORD.** The Honorable Eldon E. Fallon, U.S. District Court Judge issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

      **Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.** Your prompt attention in this matter is greatly appreciated.

      Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By _____
Deputy Clerk

Enclosures
cc: Judicial Panel on Multidistrict Litigation

05-1168

| Your Case Nos. | Case Title | Our Case Nos. |
|---|---|---|
| 1:05-1168 | John J. Stockton v. Merck & Co., Inc. | 05-4639 L (3) |
| 1:05-1209 | LeRoyce Wallace v. Merck & Co. Inc. | 05-4640 L (3) |
| 1:05-1210 | Tilda N. Simmons v. Merck & Co. Inc. | 05-4641 L (3) |
| 1:05-1211 | James H. Oliver v. Merck & Co. Inc. | 05-4642 L (3) |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

THOMAS M. GOULD                                           JACKSON        (731) 421-9200
CLERK OF COURT                                            FAX            (731) 421-9210

November 28, 2005

Loretta G. Whyte, Clerk
United States District Court
Eastern Division of Louisiana
500 Poydras St., Room C-151
New Orleans, LA  70130

RE:    MDL #1657 - Vioxx Products Liability Litigation L (3)

WD of TN                                                  ED of LA

#05-1209-T/An       Wallace v. Merck & Co., Inc., et al.          05-4640 L (3)
#05-1168-T/An       Stockton, et al. v. Merck & Co., Inc., et al.  05-4639 L (3)

Dear Ms. Whyte:

Pursuant to the Orders of Transfer on the above-styled cases, please find enclosed  certified
copies of the Notices of Removal (lower court complaints), docket sheets, MDL transfer orders
and copies of the transfer letters.

Please indicate receipt of this correspondence on the enclosed copy of this letter and return it
to us in the enclosed self-addressed envelope.  Thank you.

                                          THOMAS M. GOULD, Clerk

                            By:

                                          Emily J. Smith
                                          Case Manager

Encl.

262 U.S. COURTHOUSE
111 S. HIGHLAND
JACKSON, TENNESSEE  38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01168 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

John J. Allan
4931 Lindell Blvd., Ste 1E
St. Louis, MO 63108

John J. Allan
4931 Lindell Blvd., Ste 1E
St. Louis, MO 63108

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT